*MPD:fm/motions 07-197*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEILA CABRAL SOUSA AND : | |
| MARY E. GILL : | |
| : | |
| VS : | **NOTICE OF REMOVAL** |
| : | **REMOVAL FROM:** |
| GENERAL ELECTRIC COMPANY : | |
| : | **SUPERIOR COURT FOR** |
| : | **THE STATE OF RHODE ISLAND** |
| : | **KENT COUNTY** |
| | **State Court KC No. 07-0534** |
| | **U.S.D.C. C.A. No.** CA 07 226 S |

**DEFENDANT GENERAL ELECTRIC COMPANY'S**
**NOTICE OF REMOVAL**

Defendant General Electric Company, by and through its undersigned counsel, hereby files this notice of removal of this action from the Superior Court of the State of Rhode Island, County of Kent, to the United States District Court for the District of Rhode Island.

General Electric Company appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it and states as follows:

1. Plaintiffs filed a complaint in this action in the Superior Court of the State of Rhode Island, County of Kent, on or about May 23, 2007. A copy of the complaint was received by General Electric Company on May 24, 2007.
2. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332, (a)(1) and which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441, in that the parties are citizens of different states and the amount in controversy with respect to the plaintiffs exceeds $75,000, exclusive of interest and costs.
3. All plaintiffs in this action are residents of Rhode Island.
4. Defendant General Electric Company is a New York corporation organized under the laws of the State of New York with a principal place of business in New York (See Compl.¶ 2).
5. While the complaint does not expressly plead the amount in controversy, upon information and belief, the plaintiffs contend they suffered carbon

monoxide poisoning and resulting damages, and if proven, the amount in controversy exceeds $75,000, exclusive of interests and costs.

6. Pursuant to 28 U.S.C. §1446(d)General Electric Company promptly will file a copy of this Notice of Removal with the Clerk in Superior Court in the State of Rhode Island, County of Kent, and will serve a copy of the same on counsel for the plaintiffs.
7. Pursuant to LR Cv 81(a), effective January 1, 2006, attached as Exhibit A is a copy of the complaint in the Rhode Island Superior Court case being removed.

WHEREFORE, General Electric Company respectfully removes this action now pending in the Superior Court for the State of Rhode Island, County of Kent, Docket No. 2007-0534, to the United States District Court for the District of Rhode Island.

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Armando O. Monaco, II, Esq.
PO Box 311
East Greenwich, RI 02818

Dated: June 20, 2007