# EXHIBIT A

STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

SHEILA CABRAL SOUSA and
MARY E. GILL

-VS-

KC-2007-0534

GENERAL ELECTRIC
COMPANY

KENT SUPERIOR COURT
FILED
07 MAY 23 PM 1:20
DAVID E. PERRY, CLERK

## COMPLAINT

1. Plaintiffs are residents of the City of Warwick, County of Kent, State of Rhode Island.

2. Defendant, General Electric Company, is a New York corporation organized under the laws of the State of New York but authorized to do business in the State of Rhode Island.

3. Plaintiffs where the owners of a GE stove that was manufactured by the defendant.

4. That on or about May 27, 2004, said GE stove malfunctioned and emitted carbon monoxide into the dwelling owned by the plaintiffs.

5. That the GE stove malfunctioned due to a faulty pressure regulator value.

6. That the failure of said pressure regulator value was known to the defendant but the defendant failed to notify any users of said GE stoves of the failure of these pressure regulator values and the subsequent injuries that individual customers could suffer.

7. That as the result of the failure of this pressure regulator value, plaintiffs suffered personal injuries, incurred medical expenses and lost time from work.

TRUE COPY ATTEST
DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

8. The amount in controversy is sufficient to vest juris[illegible] Court.

WHEREFORE, plaintiffs prays for judgment against the defendant, plus interest and costs.

PLAINTIFFS
By their attorney,

ARMANDO O. MONACO, II, ESQ. #0864
P.O. Box 311
East Greenwich, Rhode Island 02818

TRUE COPY ATTEST
DAVID F. BERRY, CLERK
KENT COUNTY SUPERIOR COURT