STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2007-0534 SHEILE A CABRAL V GENERAL ELECTRIC

Filing Date: 05-23-2007
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY
Status Date: 05-23-2007

Plaintiff: SHEILA CABRAL SOUSA
ID: @10907498
Plaintiff: MARY GILL
ID: @10907499

Attorney: ARMANDO MONACO

Defendant: GENERAL ELECTRIC COMPANY
ID: @10907501

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-23-2007 | INITIAL FILING FEE | FIRST RECEIPT WAS VOIDED – ONLY ONE FILING FEE APPLIED |
| 05-23-2007 | COMPLAINT FILED | |
| 05-23-2007 | INITIAL FILING FEE | |
| 05-23-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCK56894. |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT