MPD:af 07-197

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHEILA CABRAL SOUSA
and MARY E. GILL

vs.

GENERAL ELECTRIC COMPANY

C.A. No. 07-226S

**DISMISSAL STIPULATION**

NOW COME the parties hereto and stipulate that the instant action is hereby dismissed with prejudice, no interest, no costs.

Armando O. Monaco, II, Esq.
*Attorneys for Plaintiffs*
P.O. Box 311
East Greenwich, RI 02818

Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Defendant*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 facsimile

Dated: July 30, 2007

RECEIVED
AUG 01 2007
Property of U.S. District Court
District of Rhode Island

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/1/07